In the Matter of EDWARD RAGER v MARTIN EVANS et al.—Applications for writ of mandamus and for other relief denied in their entirety.

## (July 17, 1980)

EARLE W. KAZIS et al., Respondents, v TAB-TEX, INC., Appellant, and JOHN DOE et al., Respondents. EARLE W. KAZIS et al., Respondents, v TAB-TEX, INC., Appellant, and JOHN DOE et al., Respondents.—Orders, Appellate Term, First Department, both entered on October 30, 1979, unanimously modified, on the law, to reverse the award of possession in both proceedings, on the dissenting opinion of Asch, J., in the Appellate Term. Tenant appellant shall recover of landlords respondents $75 costs and disbursements of this appeal in both proceedings. Concur—Murphy, P. J., Kupferman, Birns, Ross and Silverman, JJ.; Silverman, J., concurs in the result only.